## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| HAROLD E. COLE | ) | ADV. PRO NO. 21-05007 (JAM) |
| Debtor | ) |  |
|  | ) | June 30, 2021 |

## DEBTOR HAROLD COLE'S MOTION TO DISMISS COMPLAINT AND APPLICATION FOR PRELIMINARY INJUNCTION

Now comes Harold E. Cole, the Debtor in the above-captioned matter (the "Debtor"), by and through his undersigned counsel, and respectfully moves to dismiss the Complaint and Application for Preliminary Injunction filed on June 7, 2021 for the reason stated in the attached memorandum of law.

**WHEREFORE**, The Debtor prays that this motion to dismiss the Complaint and Application for Preliminary Injunction be granted.

Harold E. Cole

By:   /s/ Neal P. Rogan
Neal P. Rogan (ct13602)
Law Offices of Neal Rogan, LLC
315 Post Road West
Westport, CT 06880
(t) (203) 341-8783
(f) (203) 341-8560 fax
neal@nealrogan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HAROLD E. COLE | ) | ADV PRO NO: 21-05007 (JAM) |
|     Debtor | ) | |
| | ) | June 30, 2021 |

## **PROPOSED ORDER**

Upon the Debtor's Motion to Dismiss the Complaint and Application for Preliminary Injunction and after notice and hearing, it is hereby:

**ORDERED**, that the Debtor's Motion to Dismiss the Complaint and Application for Preliminary Injunction be granted.

                                                           Harold E. Cole


                                    By:    /s/ Neal P. Rogan
                                               Neal P. Rogan (ct13602)
                                               Law Offices of Neal Rogan, LLC
                                               315 Post Road West
                                               Westport, CT 06880
                                               (t) (203) 341-8783
                                               (f) (203) 341-8560 fax
                                               neal@nealrogan.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| HAROLD E. COLE ) | ADV. PRO. NO. 21-05007 (JAM) |
| Debtor ) | |
| ) | June 30, 2021 |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on June 30, 2021 in accordance with Rules 7004, 7005, and 9014 F.R. Bank. P., I served the Debtor's Motion for To Dismiss the Complaint and Application for Preliminary Injunction Against The Hamilton Group, LLC and Robert H. Glass Auctions, LLC, with Proposed Order and the Proposed Motion to Dismiss Complaint and Application for Preliminary Injunction on the parties listed below via electronic mail or U.S. Postal Mail:

Debtor
Harold E. Cole
P.O. Box 310 Woodbury, CT 06798

Margaret Heminway
1714 Ebb Drive
Wilmington, NC 28409

Kara S. Rescia, Esq.
Paige Vaillancourt, Esq.
Rescia Law, P.C.
5104A Bigelow Commons
Enfield, CT 06082

Office of the United States Trustee
Giaimo Federal Building
150 Court Street
Room 302
New Haven, CT 06510

Art Pappas
P.O. Box 335
Woodbury, CT 06798

3

Counsel to Susan Balutis
David M. S. Shaiken, Esq.
Shipman, Shaiken & Schwefel, LLC
433 South Main Street
Suite 319
West Hartford, CT 06110
david@shipmanlawct.com

Counsel to Donna Lee Hamilton
Lorrain & Patricia Stauble
Gregory F. Arcaro, Esq.
garcaro@grafsteinlaw.com,

Counsel to Henry Hart
Anita C. DiGioia, Esq.
acd@digiolaw.com

Gregg D. Adler, Esq.
Livingston, Adler, Pilda, Meiklejohn & Kelly, P.C.
557 Prospect Avenue
Hartford, CT 06105-2922

State of Connecticut Department of Revenue Services
Maria A. Santos
Assistant Attorney General
P.O. Box 120
55 Elm Street, 4th Floor
Hartford, CT 06141-0120
 Maria.santos@ct.gov

Counsel to US Bank Trust, NA
Stephanie Emma Babin, Esq.
sbabin@sassoncymrot.com
Aaron A. Fredericks, Esq. afrederics@sassooneymrot.com

HSBC Bank, USA NA
Tracy F. Allen, Esq.
bkecf@bmpc-law.com

Counsel to BTJ, Inc.
Douglas J. Lewis, Esq.
Lewisdouglas74@yahoo.com

John A. Lovetere, Executor of the Estate of Nancy Lovetere
Denise M. Cloutier, Esq.
William C. Franklin, Esq.
Thomas W. Mott, Esq. tmott@lmzlegal.com
Cramer & Anderson, LLP
P.O. Box 278
Litchfield, CT 06759-0278

Counsel to Maryellen & Roger Simon
Stuart A. Margolis Esq.
Pasquale Young, Esq.
Daniel C. Burns, Esq.
Berdon, Young & Margolis,
P.C. 132 Temple Street
New Haven, CT 06510

United States Internal Revenue Service
Christine Sciarrino, Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

Eliot Field, Esq.
11 Summer Street
P.O. Box 583
Wiscasset, ME 04578-0583

Town of Bethlehem
P.O. Box 160
Bethlehem, CT 06751

Counsel to Town of Woodbury
Thomas A. Kaelin
tkaelin@kaelinlaw.com

Hunt Leibert Jacobson, P.C.
Linda St. Pierre, Esq.
Linda.St.Pierre@mccalla.com
50 Weston Street
Hartford, CT 06120

Jeffrey Hellman
Law offices of Jeffrey Hellman, LLC
195 Church Street

10th Floor
New haven, CT.  06510


/s/ Neal P. Rogan
Neal P. Rogan, Esq.