# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
July 1, 2021

In re:
    Harold E. Cole
                            Debtor*

Case Number: 10−50091 jam
Chapter: 7

    Hamilton Group LLC et al.
                            Plaintiff(s)
    v.
    Harold E. Cole et al.
                            Defendant(s)

Adversary Proceeding
No.: 21−05007 jam

### NOTICE OF TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that a hearing will be held remotely using the ZoomGov platform pursuant to the Court's General Order #4 Regarding Court Operations under the Exigent Circumstances Created by COVID−19, and is scheduled in the above captioned case to be held on **July 26, 2021** at **01:00 PM** to consider and act upon the following matter(s):

> **Motion to Dismiss Complaint And Application For Preliminary Injunction Filed by Neal P. Rogan on behalf of Harold E. Cole, Defendant . Response(s) due by 07/21/2021. (Re: Doc #11)**

**OBJECTION(S) DUE:** July 21, 2021 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

**See below for ZoomGov Connection Instructions to participate via video and/or telephonically.**

**Important Policy Notice to the Bar, Public, and Media**

Persons granted remote access to hearings and other proceedings held before the Court via ZoomGov, CourtSolutions, CourtCall, or any other remote communication platform, are reminded that pursuant to policy of the Judicial Conference of the United States and D. Conn. Bankr. L. R. 5073–1, it is absolutely prohibited to record, photograph, rebroadcast or retransmit such proceedings (including streaming, screen–shots or any other audio or video reproduction).

A violation of these prohibitions is subject to sanctions, including but not limited to restricted access to future hearings, removal of court issued media credentials, or any other sanctions deemed necessary by the Court.

**ZOOMGOV REMOTE HEARING INFORMATION FOR PARTICIPANTS :**

If you are the debtor, CM/ECF Filer, or CM/ECF User and will be participating in the above scheduled hearing, at least THREE business days before the scheduled hearing, you must contact the Clerk's Office for instructions to connect to the ZoomGov remote hearing by sending an email to the following court email address: CalendarConnect_BPT@ctb.uscourts.gov. If you do not have an email address, you may call the Clerk's Office at (203)579–5808 for the instructions.

**PUBLIC ACCESS TO REMOTE HEARING–LISTEN ONLY**: If you are **not a Remote Hearing Participant** but would like to listen to the hearing, please use the court hearing conference line at 1–877–336–1274 and input the Access Code: 1077800 when prompted.

For further instruction and best practices for appearing remotely utilizing ZoomGov, please find the ZoomGov Guide for Participants on our website at www.ctb.uscourts.gov.

Dated: July 1, 2021

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court    Tel. (203) 579–5808
District of Connecticut    VCIS* (866) 222–8029
915 Lafayette Boulevard    * Voice Case Information System
Bridgeport, CT 06604    http://www.ctb.uscourts.gov
    Form 112 – rms